In the Matter of the Petition of TRUSTEES OF THE UNIVERSITY MAGAZINE COMPANY for a Voluntary Dissolution of Said Corporation.

RUFORD FRANKLIN, as Temporary Receiver, Appellant; AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

*Matter of University Magazine Co.*, 83 App. Div. 641, affirmed.
(Argued May 22, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1903, which reversed an order of Special Term denying a motion of the respondent herein for an order directing the payment to it by the appellant receiver of certain moneys.

*Ruford Franklin,* in person, *McDougall Hawkes* and *Louis W. Dinkelspiel* for appellant.

*R. H. Towner* and *Henry C. Willcox* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.